688

denied. *Messrs. David P. Wolhaupter* and *Franklin M. Warden* for petitioner. *Mr. George I. Haight* for respondent.

No. 670. SANA LABORATORIES, INC., ET AL. *v.* UNITED STATES. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harlan Besson* for petitioners. *Solicitor General Biddle* and *Messrs. Wendell Berge, George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 677. KYCOGA LAND Co. *v.* KENTUCKY RIVER COAL CORP. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph S. Graydon* and *Buford C. Tynes* for petitioner. *Mr. Peter T. Wheeler* for respondent.

No. 682. GORHAM *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION OF OMAHA. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. I. M. Bailey* and *W. H. Yarborough* for petitioner. *Messrs. Julius 'C. Smith* and *C. R. Wharton* for respondent.

No. 703. GUERIN *v.* GRIEFEN. February 3, 1941. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. William S. Kleinman* for petitioner. *Mr. Charles O. Rundall* for respondent.